UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| CMB EXPORT, LLC, and CMB SUMMIT, LLC d/b/a CMB REGIONAL CENTERS,<br><br>Plaintiffs,<br><br>v.<br><br>KIMBERLY ATTEBERRY, CHRISTOPHER ATTEBERRY, ANGELIQUE BRUNNER, PETTLES GROUP, LLC d/b/a EB5 CAPITAL and VERMILION CONSULTING, LLC,<br><br>Defendants. | Case No.: 4:18-cv-04050-SLD-JEH |

### JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFFS AND DEFENDANTS KIMBERLY ATTEBERRY, CHRISTOPHER ATTEBERRY AND VERMILLION CONSULTING, LLC

The Plaintiffs CMB EXPORT, LLC, CMB SUMMIT, LLC d/b/a CMB REGIONAL CENTERS ("CMB") and Defendants KIMBERLY ATTEBERRY, CHRISTOPHER ATTEBERRY and VERMILION CONSULTING, LLC ("ATTEBERRY DEFENDANTS") hereby give notice that they have settled the claims between them. Pursuant to the settlement agreement, upon certain terms and conditions being satisfied, CMB and the ATTEBERRY DEFENDANTS have agreed to file a Stipulation of Dismissal Without Prejudice on or before December 10, 2018.

The settlement of the claims between CMB and the ATTEBERRY DEFENDANTS does not affect the claims asserted by CMB against Defendants BRUNNER and PETTLES GROUP, LLC d/b/a EB5 CAPITAL.

DATED on this 16th day of November, 2018.

4845-1596-6330.1

1

| | |
|---|---|
| By: /s/Kenneth J. Joyce<br>Kenneth J. Joyce, Esq.<br>Florida Bar No. 986488<br>Stacy M. Schwartz, Esq.<br>Florida Bar No. 520411<br>LEWIS BRISBOIS BISGAARD & SMITH, LLP<br>*Counsel for Plaintiffs*<br>110 Southeast Sixth Street, Suite 2600<br>Fort Lauderdale, Florida 33301<br>Telephone: 954.728.1280<br>Facsimile: 954.728.1282<br>E-Mail: ken.joyce@lewisbrisbois.com<br>E-Mail: stacy.schwartz@lewisbrisbois.com<br><br>John J. Michels, Jr., Esq.<br>ARDC No.: 6278877<br>Judith S. Sherwin, Esq.<br>ARDC No.: 2585529<br>LEWIS BRISBOIS BISGAARD & SMITH, LLP<br>*Counsel for Plaintiffs*<br>550 West Adams Street, Suite 300<br>Chicago, Illinois 60661<br>Telephone: 312.345.1718<br>Facsimile: 312.345.1778<br>E-Mail: john.michels@lewisbrisbois.com<br>E-Mail: judith.sherwin@lewisbrisbois.com | By: /s/Robert B. McMonagle<br>Robert B. McMonagle, Esq.<br>LANE & WATERMAN, LLP<br>*Attorneys for Defendants Kim Atteberry, Christopher Atteberry and Vermilion Consulting, LLC*<br>220 North Main Street, Suite 600<br>Davenport, Iowa 52801-1987<br>Telephone: 563.324.3246<br>E-Mail: rcmcmonagle@l-wlaw.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and served electronically to Counsel for all Parties on the below Service List on this 16th day of November, 2018.

*/s/Kenneth J. Joyce*
Kenneth J. Joyce, Esq.

## SERVICE LIST

| | |
|---|---|
| Robert B McMonagle, Esq.<br>LANE & WATERMAN LLP<br>*Counsel for Defendants Kim Atteberry, Christopher Atteberry and Vermilion Consulting, LLC*<br>220 N Main Street, Suite 600<br>Davenport, Iowa 52801-1987<br>Telephone:  563.324.3246<br>Facsimile:  563.324.1616<br>E-Mail:  rmcmonagle@l-wlaw.com | Scott T Mendeloff, Esq.<br>Gabriel Aizenberg, Esq.<br>GREENBERG TRAURIG LLP<br>*Counsel for Defendants Angelique Brunner, Pettles Group, LLC, d/b/a EB5 Capital*<br>77 W Wacker Drive, Suite 3100<br>Chicago, Illinois 60601<br>Telephone:  312.456.8400<br>Facsimile:  312.456.8435<br>E-Mail:  mendeloffs@gtlaw.com<br>E-Mail:  aizenbergg@grtlaw.com |