UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| CMB EXPORT, LLC, and CMB SUMMIT, LLC d/b/a CMB REGIONAL CENTERS,<br><br>Plaintiffs,<br><br>v.<br><br>KIMBERLY ATTEBERRY, CHRISTOPHER ATTEBERRY, ANGELIQUE BRUNNER, PETTLES GROUP, LLC d/b/a EB5 CAPITAL and VERMILION CONSULTING, LLC,<br><br>Defendants. | Case No.: 4:18-cv-04050-SLD-JEH |

## NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE

Plaintiffs CMB EXPORT, LLC and CMB SUMMIT, LLC d/b/a CMB REGIONAL CENTERS, by and through their undersigned counsel, pursuant to Fed .R. Civ. P. 41(a)(1)(A)( i), hereby dismiss with prejudice this action, including all claims against Defendants ANGELIQUE BRUNNER and PETTLES GROUP, LLC d/b/a EB5 CAPITAL. Each Party shall bear their own attorneys' fees and costs.

Dated this 21st day of May, 2019.

4816-1378-9844.7

By: /s/ Kenneth J. Joyce

Kenneth J. Joyce, Esq.
Florida Bar No. 986488
Stacy M. Schwartz, Esq.
Florida Bar No. 520411
LEWIS BRISBOIS BISGAARD & SMITH, LLP
*Counsel for Plaintiffs CMB Export, LLC, and CMB Summit, LLC d/b/a CMB Regional Centers*
110 Southeast Sixth Street, Suite 2600
Fort Lauderdale, Florida 33301
Telephone: 954.728.1280
Facsimile:  954.728.1282
E-Mail:  ken.joyce@lewisbrisbois.com
E-Mail:  stacy.schwartz@lewisbrisbois.com

John J. Michels, Jr., Esq.
ARDC No.: 6278877
Judith S. Sherwin, Esq.
ARDC No.: 2585529
LEWIS BRISBOIS BISGAARD & SMITH, LLP
*Counsel for Plaintiffs CMB Export, LLC, and CMB Summit, LLC d/b/a CMB Regional Centers*
550 West Adams Street, Suite 300
Chicago, Illinois 60661
Telephone: 312.345.1718
Facsimile:  312.345.1778
E-Mail:  john.michels@lewisbrisbois.com
E-Mail:  judith.sherwin@lewisbrisbois.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and served electronically to Counsel for all Parties on this 21st day of May, 2019.

/s/ Kenneth J. Joyce
Kenneth J. Joyce, Esq.

4816-1378-9844.7